**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:08-cv-01976-BBM-RGV |
| COMPUCREDIT CORPORATION, | ) |
| and JEFFERSON CAPITAL | ) ORAL ARGUMENT REQUESTED |
| SYSTEMS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT COMPUCREDIT'S MOTION TO DISMISS**

Defendant CompuCredit Corporation, by its undersigned attorneys, moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss this action for lack of jurisdiction under the Federal Trade Commission Act, 15 U.S.C. § 45(a)(2), the Bank Service Company Act, 12 U.S.C. 1867(c), and the Financial Institution Supervisory Act, 12 U.S.C. § 1818(i)(1). In support of this Motion, the Court is respectfully referred to the Memorandum of Points and Authorities filed in support, the attached Exhibits, and the entire record to date in this case.

Dated:  July 21, 2008                    Respectfully Submitted,


                                         /s/Sarah M. Shalf

Pat A. Cipollone                         Jeffrey O. Bramlett
Email:  *pcipollone@kirkland.com*        Georgia Bar No. 075780
Daniel T. Donovan                        Email:  *bramlett@bmelaw.com*
Email:  *ddonovan@kirkland.com*          Michael B. Terry
Rebecca R. Anzidei                       Georgia Bar No. 702582
Email:  *ranzidei@kirkland.com*          Email:  *terry@bmelaw.com*
Michael F. Williams                      Sarah M. Shalf
Email:  *mwilliams@kirkland.com*         Georgia Bar No. 637537
KIRKLAND & ELLIS LLP                     Email: *shalf@bmelaw.com*
655 Fifteenth Street, N.W.               BONDURANT, MIXSON & ELMORE, LLP
Washington, D.C.  20005                  1201 W. Peachtree Street, N.W., Suite 3900
Tel:  (202) 879-5000                     Atlanta, GA  30309
Fax: (202) 879-5200                      Tel:  (404) 881-4100
                                         Fax: (404) 881-4111

                                         Michael J. Bowers
                                         Georgia Bar No. 071650
                                         Email:  *mbowers@balch.com*
                                         T. Joshua R. Archer
                                         Georgia Bar No. 021208
                                         Email: *jarcher@balch.com*
                                         BALCH & BINGHAM LLP
                                         30 Ivan Allen, Jr. Boulevard, N.W., Suite 700
                                         Atlanta, GA 30308
                                         Tel:  (404) 261-6020
                                         Fax: (404) 261-3656

***Attorneys for Defendant CompuCredit Corporation***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing Defendant CompuCredit's Motion to Dismiss with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Chris M. Couillou, Esq.
> Email: *ccouillou@ftc.gov*
> Cindy A. Liebes, Esq.
> Email: *cliebes@ftc.gov*
> Federal Trade Commission
> Atlanta Regional Office
> 225 Peachtree Street
> Suite 1500
> Atlanta, GA  30303
>
> Mark L. Glassman, Esq.
> Email: *mglassman@ftc.gov*
> Gregory A. Ashe, Esq.
> Email: *gashe@ftc.gov*
> Leah E. Frazier
> Email: *lfrazier@ftc.gov*
> Federal Trade Commission
> 600 Pennsylvania Avenue, NW
> Mail Stop NJ-3158
> Washington, D.C. 20580

I hereby certify that a copy of the foregoing Defendant CompuCredit's Motion to Dismiss and Notice of Electronic Filing was served via first class mail upon the following non-CM/ECF participants:

3

David M. Wiese, Esq.
Katherine M. Worthman, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop NJ-3158
Washington, D.C. 20580

This 21st day of July, 2008.


/s/ Sarah M. Shalf
Sarah M. Shalf