# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) No. 1:08-cv-01976-BBM-RGV |
| COMPUCREDIT CORPORATION, and JEFFERSON CAPITAL SYSTEMS, LLC, | ) ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF MICHAEL F. WILLIAMS IN SUPPORT OF
DEFENDANT COMPUCREDIT CORPORATION'S MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

I, Michael F. Williams, hereby declare:

1.     I am an attorney admitted to practice before this Court *pro hac vice* and a partner at Kirkland & Ellis LLP, attorneys for the Defendant in the above-captioned action.  I submit this declaration in support of certain documentary evidence cited in the Memorandum of Points and Authorities in Support of CompuCredit's Motion to Dismiss.

2.     Exhibit B to Defendant's Motion to Dismiss is a true and correct copy of the Notice Of Charges For An Order To Cease And Desist And For Restitution;

EXHIBIT A - 1

Notice Of Assessment Of Civil Money Penalties; Findings of Fact And Conclusions Of Law; Order To Pay; And Notice Of Hearing filed by the FDIC with the Office of Financial Institution Adjudication against CompuCredit and Columbus Bank and Trust Company on June 10, 2008.

3.    Exhibit C to Defendant's Motion to Dismiss is a true and correct copy of the Notice of Charges For An Order to Cease And Desist And For Restitution; Notice Of Civil Money Penalties; Findings Of Fact And Conclusions Of Law; Order To Pay; And Notice Of Hearing filed by the FDIC with the Office of Financial Institution Adjudication against CompuCredit and First Bank of Delaware on June 10, 2008.

4.    Exhibit D to Defendant's Motion to Dismiss is a true and correct copy of the Notice Of Charges For An Order To Cease And Desist And For Restitution; Notice Of Civil Money Penalties; Findings Of Fact And Conclusions Of Law; Order To Pay And Notice of Hearing filed by the FDIC with the Office of Financial Institution Adjudication against CompuCredit and First Bank & Trust of Brookings, South Dakota on June 10, 2008.

5.    Exhibit E to Defendant's Motion to Dismiss is a true and correct copy of the Order To Cease And Desist And Order to Pay filed by the FDIC *In the*

EXHIBIT A - 2

*Matter of Columbus Bank and Trust Company*, pursuant to a Stipulation between the FDIC and Columbus Bank and Trust.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated July 21, 2008.

/s/ Michael F. Williams
Michael F. Williams

3

EXHIBIT A - 3